

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY HORTON,

    Defendant.

Case: 4:24-cr-20218
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 04-24-2024
INDI v. HORTON (tt)



**INDICTMENT**

**THE GRAND JURY CHARGES:**

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of Firearm*

On or about December 31, 2023, in the Eastern District of Michigan, ANTHONY HORTON, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, an Ithaca Guns model 37 12-gauge shotgun, a DPMS .223 caliber semi-automatic AR-style rifle, a Smith & Wesson model 342PD .38 caliber revolver, and a Sig Sauer model P365 9mm caliber

1

semiautomatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461. Upon conviction of the offense charged in Count One of this Indictment, ANTHONY HORTON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to an Ithaca Guns model 37 12-gauge shotgun, a DPMS .223 caliber semi-automatic AR-style rifle, a Smith & Wesson model 342PD .38 caliber revolver, and a Sig Sauer model P365 9mm caliber

semiautomatic pistol, traceable to the violations alleged in this Indictment.

Dated: April 24, 2024

**THIS IS A TRUE BILL.**

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/Christopher W. Rawsthorne
Christopher W. Rawsthorne
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
christopher.rawsthorne@usdoj.gov

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov[er] | Case: 4:24-cr-20218<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 04-24-2024<br>INDI v. HORTON (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accu[rately]

| Companion Case Information | Com[panion] |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: CR |

**Case Title:** USA v. Anthony Horton

**County where offense occurred:** Genesee

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 24-mj-30005]

FILED
APR 2 4 2024
U.S. DISTRICT COURT
[MIC]HIGAN

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

April 24, 2024
Date

s/ Christopher W. Rawsthorne

Christopher W. Rawsthorne
Assistant United States Attorney
600 Church Street
Flint, MI 48502
Christopher.rawsthorne@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.